# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:14-CR-143-01 |
| ) | |
| ) | JUDGE JORDAN |
| TIMOTHY LAYCOCK ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Timothy Laycock, and the defendant admits that he has violated conditions of his supervised release. An agreement has been reached between the parties recommending that Mr. Laycock's supervised release should be revoked and that he should receive a sentence of twenty-four (24) months imprisonment with no supervised release to follow.

Mr. Laycock agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered that the violations admitted by the defendant include a "Grade A" violation for which there is a restricted guideline range of 24 months. There is a statutory maximum of 24 months imprisonment which the Court has considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a). The Court has considered the fact that the Government has agreed not to prosecute Mr. Laycock for any firearm offense which may have occurred on or about June 21, 2018 in Red Bank, Tennessee.

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of twenty-four (24) months to be followed by no supervised release.

It is RECOMMENDED that the Bureau of Prisons designate Timothy Laycock to the closest suitable Bureau of Prisons facility to Knoxville, Tennessee.

Honorable Leon Jordan
United States District Judge

APPROVED FOR ENTRY:

Cynthia Davidson by Jonath Moffatt w/ permission
Cynthia Davidson
Assistant U.S. Attorney

Jonathan Moffatt
Attorney for Defendant

Timothy Laycock
Defendant

Nick Dongarra by Jonath Moffatt w/ permission
Nick Dongarra
U.S. Probation Officer

2